TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA 95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Jonathan Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jonathan Garcia, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:13-cr-00205-MCE <br><br> STIPULATION AND ORDER TO EXCLUDE TIME |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 22, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until October 3, 2013, and to exclude time between August 22, 2013, to October 3, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review

and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2013, to October 3, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 16, 2013                                         BENJAMIN WAGNER
                                                               U.S. ATTORNEY

                                              by:    /s/(Auth.8/16/13)
                                                     CHRISTIAAN HIGHSMITH
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Dated: August 16, 2013                        by:    /s/8/16/13
                                                     TIM F. TUITAVUKI
                                                     Attorney for Jonathan Garcia

## O R D E R

IT IS SO FOUND AND ORDERED. The status conference currently set for August 22, 2013, is vacated and **continued to October 3, 2013, at 9 a.m.** in Courtroom 7. The time period between August 22, 2013, and October 3, 2013, is excluded under Local Code T4 for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated: August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT